**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7434**

———————

LOUIS PARKER, JR.,

                                        Plaintiff - Appellant,

        versus

RONALD W. ANGELONE; JAMES A. SMITH, JR.,
Regional Administrator; H. R. POWELL, Warden
of Deerfield Correctional Center; PATRICIA ANN
COPELAND, Assistant Warden of Treatment &
Programs, Deerfield Correctional Center; S. D.
MAYES, Chief of Security, Deerfield Correc-
tional Center; DENNIS BURGRESS, Operations
Officer; JOHN STEWART,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, District
Judge.  (CA-95-992-AM)

———————

Submitted:  January 11, 1996        Decided:  January 24, 1996

———————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Louis Parker, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (1988) complaint. Because Appellant may amend his complaint to comply with Fed. R. Civ. P. 8 with respect to his § 1983 claims, the district court's dismissal order is not a final, appealable order. Therefore, we dismiss this appeal for lack of jurisdiction. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064 (4th Cir. 1993); 28 U.S.C. § 1291 (1988). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2